# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Alyce Wessels**.

                    Plaintiff,                      **CASE NUMBER: 107cv1315**

    vs.                                                     **VEB**

**Commissioner of Social Security**,

                    Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, after carefully examining the administrative record, the Court finds substantial evidence supports the ALJ's decision. The Court find no reversible error, and further finding that substantial evidence supports the ALJ's decision and grants the defendant's motion for judgment on the pleadings and denies plaintiff's motion seeking same.

All of the above pursuant to the order of the Honorable Judge Victor E; Bianchini, dated the 1$^{3rd}$ day of August, 2009.

DATED: August 3, 2009

Clerk of Court

s/

Marie N. Marra

Deputy Clerk